**FILED IN CHAMBERS**
**U.S.D.C. - Rome**
AUG 21 2012
JAMES N. HATTEN, Clerk
   Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARLENE STRINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-04357-RLV |
| ) | |
| LOCKHEED MARTIN ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action came before the Court based upon the Parties' Notice of Settlement and Joint Motion for Approval of Settlement of Plaintiff's FLSA Claims.

Having reviewed the settlement terms and agreements in this action submitted to me by the Parties, and for good cause shown, the Court **ORDERS** as follows:

1.   This matter arose out of allegations by the Plaintiff that Defendant violated the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (the "FLSA"), by, *inter alia*, failing to pay the Plaintiff compensation as required by law.

2.   The Defendant denies the allegations.

3. Pursuant to the procedures for actions under the Fair Labor Standards Act and as otherwise required, *see Brooklyn Savings Bank v. O'Neil,* 324 U.S. 697 (1945) (requiring court or Department of Labor approval for FLSA settlements and explaining the low standard for judicial review when the parties are represented by counsel); *accord Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1352-53 (11th Cir. 1982), the Court APPROVES the settlement of claims in this matter set forth in the Parties' supporting Settlement, Release, and Confidentiality Agreement, which was reviewed *in camera,* and finds and adjudges that the settlement is in all respects fair, reasonable, and adequate to Plaintiff Marlene Stringer.

4. The Court APPROVES the Settlement, Release and Confidentiality Agreement reviewed *in camera* and DIRECTS the Parties to perform according to the terms and conditions of this agreement.

5. The Court DIRECTS the Parties to file a Joint Dismissal with Prejudice following execution of the Settlement, Release, and Confidentiality Agreement and disbursal of the settlement funds.

SO ORDERED, this 21st day of Aug., 2012.

/s/ Robert L. Vining, Jr.
THE HONORABLE ROBERT L. VINING, JR.
UNITED STATES DISTRICT COURT SENIOR JUDGE